United States District Court

Eastern District of California

Claudell Moore,

      Petitioner,             No. Civ. S 05-1599 DFL PAN P

   vs.                    Order

S. W. Ornoski, et al.,

      Respondents.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus action. August 24, 2005, the court informed petitioner this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner did not respond.  Accordingly, this file is closed.

    So ordered.

    Dated:  November 22, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge